# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRAYAN DE JESUS TORRES-LEAL,

  Plaintiff,

v.                                              CASE NO.: 6:25-cv-00560-JA-DCI

EXPERIAN INFORMATION
SOLUTIONS, INC. and WAKEFIELD &
ASSOCIATES, LLC,

     Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, BRAYAN DE JESUS TORRES-LEAL, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses his causes of action in the Complaint against the Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"). Defendant, Experian, has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this June 27, 2025.

                                                 **/s/ Octavio Gomez**
                                                Octavio "Tav" Gomez
                                                Florida Bar No.: 0338620
                                                Georgia Bar No.: 617963
                                                Pennsylvania No.: 325066
                                                The Consumer Lawyers PLLC
                                                501 E. Kennedy Blvd, Ste 610
                                                Tampa, Fl 33602

Cell: (813) 299-8537
Facsimile: (844) 951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 27th of June, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
The Consumer Lawyers PLLC
*Attorney for Plaintiff*

2